# **EXHIBIT B**

IN THE CIRCUIT COURT OF THE THIRTEENTH JUDICIAL CIRCUIT
IN AND FOR HILLSBOROUGH COUNTY, FLORIDA

SARA FARDI,

      Plaintiff,

vs.

                                Case No. 23-CA-016979

MENZIES AVIATION (USA), INC.,
a Foreign Profit Corporation,

      Defendant.

_____/

## **DEFENDANT'S NOTICE OF FILING NOTICE OF REMOVAL**

Defendant Menzies Aviation (USA) Inc., by and through undersigned counsel and pursuant to 28 U.S.C. § 1441 and 28 U.S.C. § 1446(d), hereby provides notice that on January 10, 2024, it is contemporaneously filing a Notice of Removal of this action to the United States District Court for the Middle District of Florida, Tampa Division. A copy of this Notice of Removal is attached hereto as **Exhibit A**. As provided by 28 U.S.C. § 1446(d), the Thirteenth Judicial Circuit in and for Hillsborough County, Florida, shall proceed no further in this action.

Dated: January 10, 2024.                Respectfully submitted,

                                              */s/Caroline C. Dunkle*
                                              **FOLEY & LARDNER LLP**
                                              Caroline C. Dunkle
                                              Florida Bar No. 1025139
                                              Primary Email: cdunkle@foley.com
                                              Secondary Email: mmyers@foley.com
                                              100 N. Tampa Street, Suite 2700
                                              Tampa, Florida 33602
                                              Telephone: (813) 229-2300

                                              *Counsel for Menzies Aviation (USA) Inc.*