# EXHIBIT C

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SARA FARDI,

     Plaintiff,                   Case No.:

v.

MENZIES AVIATION (USA) INC.,
a Foreign Profit Corporation,

     Defendant.

_____

## **DECLARATION OF TALIN BAZERKANIAN**

I, Talin Bazerkanian, declare as follows:

1.    I am the Senior Vice President, Americas Region, for Menzies Aviation (USA) Inc. ("Menzies Aviation"). I have personal knowledge of the facts contained in this declaration, and if called upon as a witness, I could and would competently testify thereto.

2.    Plaintiff served Menzies Aviation with a copy of the Complaint on December 21, 2023. A true and correct copy of the Complaint and all other process and pleadings filed with the Circuit Court of Hillsborough County, Florida, where it is captioned *Sara Fardi v. Menzies Aviation (USA) Inc.,* Case No. 23-CA-016979, are attached to the Notice of Removal.

3.      Menzies Aviation will be filing with the Clerk of the Circuit Court of Hillsborough County, Florida a Notice of Removal and supporting documents, pursuant to 28 U.S.C. § 1446(d).  Copies of the Notice of Removal are being served on Plaintiff pursuant to 28 U.S.C. § 1446(d).

4.      I have been employed by Menzies Aviation for over thirty years, and have worked in various human resources functions for nearly two decades. I have been Menzies Aviation's highest-ranking human resources employee in the Western Hemisphere for approximately 18 months and have significant and personal knowledge regarding Menzies Aviation's legal structure and organization and how the company operates.   Through such personal knowledge and experience, I can state that:

a.      Menzies Aviation is incorporated under the laws of Delaware.

b.      Menzies Aviation is headquartered in Texas and has a principal place of business in Texas.

5.      Menzies Aviation employed Plaintiff in the position of Passenger Service Agent working at its operation at Tampa International Airport.  Prior to executing this Declaration, I reviewed Plaintiff's personnel file and verified that in connection with her employment, Plaintiff consistently indicated that she resided in Florida.   Specifically, on all her employment-related documentation, Plaintiff indicated that her residence was in Clearwater, Florida with the ZIP code of 33764.

I declare under penalty of perjury under the laws of the State of Florida

and the United States that the foregoing is true and correct.

Executed on January 10th, 2024, at Los Angeles, CA.

_____

Tann Bazerkanian

4890-8625-2954.2

Created With Tiny Scanner