UNITED STATES DISTRICT COURT<br>
MIDDLE DISTRICT OF FLORIDA<br>
TAMPA DIVISION

SARA FARDI,

    Plaintiff,

v.                                                                  Case No. 8:24-cv-00104-JSM-AEP

MENZIES AVIATION (USA), INC.,
a Foreign Profit Company,

    Defendant.
_____/

<strong><u>NOTICE OF APPEARANCE AS LEAD COUNSEL</u></strong>

PLEASE TAKE NOTICE that the undersigned hereby appears as counsel on behalf of the Plaintiff in the above-styled cause. The undersigned associate counsel requests that copies of all pleadings, notices, correspondence, and communications of any type, be furnished to him in accordance therewith. Email addresses include: dhuntlaw@gmail.com, dan@themiamishark.com, nicole@themiamishark.com.

Date: January 11, 2024

    Respectfully submitted,

/s/ ***Daniel H. Hunt, Esq.***
Daniel H. Hunt, Esq.
Florida Bar No. 121247
dhuntlaw@gmial.com
11767 S. Dixie Hwy, #407
Miami, FL 33156
Tel: (305) 495-5593
Fax: (305) 513-5723

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 11, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

By: /s/ *Daniel H. Hunt, Esq.*

Daniel H. Hunt, Esq.
Florida Bar No.121247

## SERVICE LIST

**FOLEY & LARDNER LLP**
**Caroline C. Dunkle**
**Florida Bar No. 1025139**
**Primary Email: cdunkle@foley.com**
**Secondary Email: mmyers@foley.com**
**100 N. Tampa Street, Suite 2700**
**Tampa, Florida 33602**
**Telephone: (813) 229-2300**

**Counsel for Menzies Aviation (USA) Inc.**