# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SARA FARDI,

    Plaintiffs,

v.                                        Case No. 8:24-CV-00104-JSM-AEP

MENZIES AVIATION (USA), INC.,

    Defendants.

_____

## DISCLOSURE STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, SARA FARDI, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation:

   Filer is an Individual.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

      SARA FARDI is a US Citizen.

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   Daniel H. Hunt Esq.
   Menzies Aviation (USA), Inc.
   Foley & Lardner LLP
   Caroline C. Dunkle, Esq.
   Juliana Moreno at Alaska Airlines
   Tampa International Airport
   City of Tampa
   Federal Aviation Administration

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   None known by Sara Fardi

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   Besides those listed above, none known.

6. Identify each person arguably eligible for restitution:

   None known besides the parties in the caption of this case.

    ☒    I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

*Daniel H Hunt*
_____
Daniel H. Hunt, Esq.
For Sara Fardi
1/11/2024

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on January 11, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

By: /s/ *Daniel H. Hunt, Esq.*

Daniel H. Hunt, Esq.
Florida Bar No.121247

## SERVICE LIST

**FOLEY & LARDNER LLP**
**Caroline C. Dunkle**
**Florida Bar No. 1025139**
**Primary Email: cdunkle@foley.com**
**Secondary Email: mmyers@foley.com**
**100 N. Tampa Street, Suite 2700**
**Tampa, Florida 33602**
**Telephone: (813) 229-2300**

**Counsel for Menzies Aviation (USA) Inc.**