UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SARA FARDI,

    Plaintiff,

v.

MENZIES AVIATION (USA) INC.,
a Foreign Profit Corporation,

    Defendant.

Case No.: 8:24-cv-00104

## **UNOPPOSED MOTION FOR SPECIAL ADMISSION**

Christopher Ward, Esq., moves for special admission to represent Defendant Menzies Aviation (USA) Inc. ("Menzies Aviation" or "Defendant") in this action.

I am neither a Florida resident nor a member in good standing of The Florida Bar.

I am a member in good standing of a bar of a United States district court; specifically, the United States District Court for the Northern District of Illinois; the United States District Court for the Central District of Illinois; the United States District Court for the Southern District of Illinois; the United States District Court for the Northern District of California; the United States

District Court for the Eastern District of California; and the United States District Court for the Southern District of California.

I have not abused the privilege of special admission by maintaining a regular law practice in Florida. I have initially appeared in the last thirty-six months in these cases in state or federal court in Florida: none.

I will comply with the federal rules and this Court's local rules.

I am familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

I have paid the fee for special admission or will pay the fee upon special admission.

I will register with the Court's CM/ECF system.

I affirm the oath, which states:

> I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

_/s/ Christopher Ward____
Christopher Ward
cward@foley.com
321 North Clark Street, Suite 3000
Chicago, Illinois 60654
Telephone: (312) 832-4364

## Local Rule 3.01(g) Certification

Counsel for Defendant conferred with counsel for the opposing party and represent the opposing party is not opposed to the special admission of Christopher Ward.

Dated: January 11, 2024.  **FOLEY & LARDNER LLP**

*/s/Caroline C. Dunkle*
Caroline C. Dunkle
Florida Bar No. 1025139
cdunkle@foley.com
100 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (407) 423-7656

Christopher Ward
*(motion for special admission pending)*
cward@foley.com
321 North Clark Street, Suite 3000
Chicago, Illinois 60654
Telephone: (312) 832-4364

***Counsel for Menzies Aviation (USA) Inc.***

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on January 11, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, including the following:

Daniel H. Hunt, Esq.
PO Box 565096
Miami, FL 33256
dhuntlaw@gmail.com
***Counsel for Plaintiff***

                           */s/ Caroline C. Dunkle*
                           Caroline C. Dunkle