UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SARA FARDI,

    Plaintiff,

v.                                        Case No. 8:24-cv-00104

MENZIES AVIATION (USA) INC.,
a Foreign Profit Corporation,

    Defendant.

_____/

**DEFENDANT MENZIES AVIATION (USA) INC.'S**
**NOTICE OF LEAD COUNSEL DESIGNATION**

Pursuant to Rule 2.02(a), Local Rules for the United States District Court of the Middle District of Florida, and this Court's Notice to Counsel (Docket No. 3), Defendant Menzies Aviation (USA) Inc., hereby designates Christopher Ward as its lead counsel in this action.

4853-5242-4350.1

Dated: January 17, 2024.   **FOLEY & LARDNER LLP**

<u>/s/ Caroline C. Dunkle</u>
Christopher Ward
Admitted Pro Hac Vice
cward@foley.com
321 North Clark Street, Suite 3000
Chicago, Illinois 60654
Telephone: (312) 832-4364

Caroline C. Dunkle
Florida Bar No. 1025139
cdunkle@foley.com
100 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 229-2300

*Counsel for Menzies Aviation (USA) Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on January 17, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, including the following:

Daniel H. Hunt, Esq.
PO Box 565096
Miami, FL 33256
dhuntlaw@gmail.com
***Counsel for Plaintiff***

                                            */s/ Caroline C. Dunkle*
                                            Caroline C. Dunkle