UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SARA FARDI,

    Plaintiff,

v.                                    Case No. 8:24-cv-00104

MENZIES AVIATION (USA) INC.,
a Foreign Profit Corporation,

    Defendant.

_____/

## DEFENDANT MENZIES AVIATION'S CORPORATE DISCLOSURE STATEMENT & CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1 and Rule 3.03, Local Rules for the United States District Court of the Middle District of Florida, Defendant Menzies Aviation (USA) Inc. ("Menzies Aviation") discloses the following:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to defendant:

    A.    **Plaintiff Sara Fardi**

    B.    Daniel H. Hunt, Esq.
          Attorney Daniel H. Hunt

    C.    Foley & Lardner LLP
          Attorney Christopher Ward
          Attorney Caroline C. Dunkle

    D.    **Defendant Menzies Aviation (USA) Inc. is wholly owned by Menzies Aviation, Inc. which itself is a wholly owned subsidiary of John Menzies Limited, a foreign corporation. John Menzies Limited is privately owned and is not publicly traded anywhere in the world.**

2.    Each entity with publicly-traded shares or debt potentially affected by the outcome:

**None.**

3.    Each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

**None.**

4.    Each person arguably eligible for restitution:

**None.**

I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

4856-1961-1806.1

Dated: January 17, 2024.    **FOLEY & LARDNER LLP**

*/s/ Caroline C. Dunkle*
Christopher Ward
Admitted Pro Hac Vice
cward@foley.com
321 North Clark Street, Suite 3000
Chicago, Illinois 60654
Telephone: (312) 832-4364

Caroline C. Dunkle
Florida Bar No. 1025139
cdunkle@foley.com
100 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 229-2300

***Counsel for Menzies Aviation (USA) Inc.***

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that, on January 17, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, including the following:

Daniel H. Hunt, Esq.
PO Box 565096
Miami, FL 33256
dhuntlaw@gmail.com
***Counsel for Plaintiff***

                                      */s/ Caroline C. Dunkle*
                                      Caroline C. Dunkle