UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SARA FARDI,

    PLAINTIFF,

V.                                                CASE NO. 8:24-CV-00104

MENZIES AVIATION (USA) INC.,
A FOREIGN PROFIT CORPORATION,

    DEFENDANT.

_____/

**DEFENDANT MENZIES AVIATION (USA) INC.'S *UNOPPOSED* MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND INCORPORATED MEMORANDUM OF LAW**

Defendant, Menzies Aviation (USA) Inc. ("Menzies Aviation" or "Defendant"), by and through its undersigned counsel and pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), respectfully requests an extension of time of twenty-one (21) days, up through and including February 7, 2024, to respond to the Complaint filed by Plaintiff Sara Fardi ("Plaintiff"). This request is supported by good cause, as set forth in more detail below.

1. On January 10, 2024, Menzies Aviation removed this action to this Court. *See* ECF No. 1.

2. At the time of the removal, Menzies Aviation had not yet responded to the Complaint. Pursuant to Federal Rule of Civil Procedure

81(c)(2)(C), Menzies Aviation's current deadline to respond to the Complaint is January 17, 2024.

3. Menzies Aviation respectfully requests an extension of twenty-one (21) days, up through and including February 7, 2024, to respond to the Complaint. This request is made so that Menzies Aviation has sufficient time to review and analyze Plaintiff's allegations and gather information to prepare an appropriate response to the Complaint.

4. This request is made in good faith and not for the purpose of delay.

5. In compliance with Local Rule 3.01(g), counsel for Menzies Aviation conferred with counsel for the Plaintiff, who does not oppose the relief sought in this Motion.

## MEMORANDUM OF LAW

It is well established that this Court may enlarge the time to file a responsive pleading for "cause shown." Fed. R. Civ. P. 6(b). The standard is a liberal one, and "an application for an enlargement of time under Rule 6(b)(1) will normally be granted in the absence of bad faith on the part of the party seeking relief or prejudice to the adverse party." 4B Charles Alan Wright & Arthur R. Miller, *Federal Practice and Procedure* § 1165, at 552 (3d ed. 2002). Here, Menzies Aviation has filed its request timely under Rule 6(b) in order to allow Menzies Aviation sufficient time to review and analyze Plaintiff's allegations and gather information to prepare an appropriate and thorough

response to the Complaint. Neither bath faith nor prejudice exists here, as the case is still in early stages.

### Local Rule 3.01(g) Certification

Counsel for Defendant Caroline C. Dunkle conferred with counsel for Plaintiff, Daniel H. Hunt, by telephone on January 17, 2024, and Plaintiff does not oppose the relief requested herein.

**WHEREFORE**, Menzies Aviation respectfully requests that this Court enter an order enlarging the deadline for Defendant Menzies Aviation to respond to the Complaint up through and including Wednesday, February 7, 2024.

Dated: January 17, 2024.    **FOLEY & LARDNER LLP**

*/s/Caroline C. Dunkle*
Christopher Ward
Admitted Pro Hac Vice
cward@foley.com
321 North Clark Street, Suite 3000
Chicago, Illinois 60654
Telephone: (312) 832-4364

Caroline C. Dunkle
Florida Bar No. 1025139
cdunkle@foley.com
100 N. Tampa Street, Suite 2700
Tampa, Florida 33602
Telephone: (813) 229-2300

***Counsel for Menzies Aviation (USA) Inc.***

4855-7629-3534.1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on January 17, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, including the following:

Daniel H. Hunt, Esq.
PO Box 565096
Miami, FL 33256
dhuntlaw@gmail.com
***Counsel for Plaintiff***

                                         */s/ Caroline C. Dunkle*
                                         Caroline C. Dunkle