# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

SARA FARDI,

    Plaintiff,

v.                                            Case No. 8:24-cv-00104

MENZIES AVIATION (USA) INC.,
a Foreign Profit Corporation,

    Defendant.

_____/

## **NOTICE OF COMPLIANCE**

Defendant Menzies Aviation (USA) Inc., hereby notifies the Court in compliance with the Endorsed Order Granting Motion to Appear Pro Hac Vice (ECF No. 7) that as of the date of filing this Notice, attorney Christopher Ward has complied with the Court's fee and electronic filing requirements.

Dated: February 1, 2024.         **FOLEY & LARDNER LLP**

                                            */s/Caroline C. Dunkle*
                                            Christopher Ward
                                            Admitted Pro Hac Vice
                                            cward@foley.com
                                            321 North Clark Street, Suite 3000
                                            Chicago, Illinois 60654
                                            Telephone: (312) 832-4364

                                            Caroline C. Dunkle
                                            Florida Bar No. 1025139
                                            cdunkle@foley.com
                                            100 N. Tampa Street, Suite 2700

Tampa, Florida 33602
Telephone: (813) 229-2300

***Counsel for Menzies Aviation (USA) Inc.***

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on February 1, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record, including the following:

Daniel H. Hunt, Esq.
PO Box 565096
Miami, FL 33256
dhuntlaw@gmail.com
***Counsel for Plaintiff***

*/s/ Caroline C. Dunkle*
Caroline C. Dunkle

4890-4366-7874.1