IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT COURT OF FLORIDA
HILLSBOROUGH DIVISION

SARA FARDI,

    Plaintiff,

vs.                                             Case No. 8:24-cv-00104-JSM-AEP

MENZIES AVIATION (USA), INC.,
a Foreign Profit Corporation

    Defendant.
_____/

## NOTICE OF APPEARANCE AS COUNSEL

    PLEASE TAKE NOTICE that the undersigned counsel, Warren J. Pearson, Esq., hereby files this Notice of Appearance as counsel on behalf of the Plaintiff, SARA FARDI, in the above-styled cause. The undersigned associate counsel requests that copies of all pleadings, notices, correspondence, discovery responses and communications of any type, be furnished to this office in accordance therewith. Email address for service is warpear@gmail.com, warren@themiamishark.com and stephanie@themiamishark.com.

Dated: February 7, 2024.                          Respectfully submitted,

                                                          Warren James Pearson
                                                          **Florida Bar No. 711578**
                                                          Daniel H. Hunt
                                                          Florida Bar No. 121247
                                                          11767 S. Dixie Hwy #407
                                                          Pinecrest, FL 33156
                                                          Phone: (305) 507-0511
                                                          Warren@theMiamiShark.com
                                                          warpear@gmail.com
                                                          dhuntlaw@gmail.com

                                                          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that on February 7, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to:

By: _____
Warren J. Pearson, Esq.
Florida Bar No. 0711578

## SERVICE LIST

Caroline C. Dunkle
Florida Bar No. 1025139
cdunkle@foley.com
mmyers@foley.com
FOLEY & LARDNER LLP
100 N. Tampa St., Suite 2700
Tampa, Florida 33602
Telephone: (813) 229-2300

*Attorney for Defendant*