## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

SARA FARDI,

     Plaintiff,

v.                                                    Case No: 8:24-cv-104-JSM-AEP

MENSIES AVIATION (USA) INC.,

     Defendant.

_____

### ORDER TO SHOW CAUSE

THIS CAUSE comes before the Court *sua sponte*.  A Case Management and Scheduling Order (Dkt. 17) was entered on February 20, 2024, directing lead counsel to file a Notice of Mediator Selection and Scheduling of Mediation by January 14, 2025.  A review of the file indicates that the parties have failed to comply with this Court's Order directing selection of a mediator and a mediation date.  A Mediation Notice has not been filed in the Court file.

Accordingly, it is ORDERED AND ADJUDGED that the parties shall **within fourteen (14) days** from the date of this Order **show cause, in writing**, why the parties have failed to comply with this Court's Order.

**DONE** and **ORDERED** this 3rd day of February, 2025.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record