UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SARA FARDI,

    Plaintiff,

v.                                        Case No. 8:24-cv-00104-JSM-AEP

MENZIES AVIATION (USA), INC.,
a Foreign Profit Company,

    Defendant.
_____/

**PLAINTIFF'S RESOPNSE TO ORDER TO SHOW CAUSE
DATED FEBRUARY 3, 2025**

COMES NOW, Plaintiff, through counsel Daniel H. Hunt, Esq. with this response to the Order to Show Cause as to why a selection of mediator and mediator date was not selected. Plaintiff confirms that the scheduling order indicated mediator selection was due by January 14, 2025 and mediation must occur by March 14, 2025. The parties settled the case in May of 2024. Plaintiff's counsel sent an email to Defense counsel after payment was received on July 22, 2024 asking, as is customary, for a draft Joint Stip for Dismissal to file with the court. Plaintiff's counsel received no response. Plaintiff's counsel failed to follow up. See Exhibit A. Plaintiff's counsel followed up due to a now terminated calendar clerk failing to diary the two week follow up. Plaintiff's counsel has sent another email to Defendant yesterday when the OSC issued asking again for the Joint Stip for Dismissal. Plaintiff's counsel awaits a response. This case has settled and the case can be dismissed and/or closed. Plaintiff's counsel apologizes for the oversight. Plaintiff's counsel does believe that an agreement as to the form of dismissal must be mutual and awaits a response from Defense Counsel.

Date: February 4, 2025

Respectfully submitted,

/s/ **_Daniel H. Hunt, Esq_**.
Daniel H. Hunt, Esq.
Florida Bar No. 121247
dhuntlaw@gmial.com
11767 S. Dixie Hwy, #407
Miami, FL 33156
Tel: (305) 495-5593
Fax: (305) 513-5723

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 3, 2025, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

By: /s/ *Daniel H. Hunt, Esq.*
Daniel H. Hunt, Esq.
Florida Bar No.121247

## SERVICE LIST

**FOLEY & LARDNER LLP**
**Caroline C. Dunkle**
**Florida Bar No. 1025139**
**Primary Email: cdunkle@foley.com**
**Secondary Email: mmyers@foley.com**
**100 N. Tampa Street, Suite 2700**
**Tampa, Florida 33602**
**Telephone: (813) 229-2300**

**Counsel for Menzies Aviation (USA) Inc.**

**EXHIBIT A**

Re: Sara Fardi v. Menzies Aviation (USA) INC. Case No.: 8:24-cv-00104



**Daniel Harrison Hunt, Esq.** <dhuntlaw@gmail.com>  Mon, Jul 22, 2024, 11:27 AM
to Caroline, Nicole, Miranda, Christopher, Warren

I received the attorney fee check today. We are confirming that the client received her check and then we can file a stip for dismissal based on settlement with the court. Your choice, let me know how you want to close out the case with the court. Thanks.

_____

Daniel H. Hunt, Esq.
Phone: (305) 507-0511
TheMiamiShark.com
Independent Co-Counsel with Marble Law
Florida Bar # - 121247, California Bar # - 212984
United States District Court, Middle District of Florida Mediator
Florida Supreme Court Certified Circuit Civil , Family, Appellate & County Court Mediator #38690CFRA
Florida Supreme Court Qualified Arbitrator
Florida Real Estate Broker# - BK329536

NOTE: This email is from a lawyer, Daniel H. Hunt, Esq, and is only to be read by the individual it was addressed to. If this communication is not for you, please notify the sender immediately, delete the email from your computer and do not copy or disclose it to anyone else. Anything written in this email is not legal advice and does not constitute a legal opinion and cannot be relied on as such. This email is a confidential communication and you do not have authority to print or share the email with any other individual. I only represent individuals with whom I have established an attorney-client relationship through the signing of appropriate documentation establishing such a relationship.

**EXHIBIT B**

### Fwd: Activity in Case 8:24-cv-00104-JSM-AEP Fardi v. Menzies Aviation (USA) Inc. Order to show cause

**Daniel Harrison Hunt, Esq.** <dhuntlaw@gmail.com>   Mon, Feb 3, 1:54 PM (18 hours ago)
to Caroline, Antoinette, Robyn, Nicole

Can you guys prepare and send a joint stip for dismissal of this one. We settled. I guess we forgot to file the dismissal.

_____
Daniel H. Hunt, Esq.
Phone: (305) 507-0511
TheMiamiShark.com
https://www.avvo.com/attorneys/33256-fl-daniel-hunt-285082.html
Independent Co-Counsel with Marble Law
Florida Bar # - 121247, California Bar # - 212984
United States District Court, Middle District of Florida Mediator
Florida Supreme Court Certified Circuit Civil , Family, Appellate & County Court Mediator #38690CFRA
Florida Supreme Court Qualified Arbitrator
Florida Real Estate Broker# - BK329536

NOTE: This email is from a lawyer, Daniel H. Hunt, Esq, and is only to be read by the individual it was addressed to. If this communication is not for you, please notify the sender immediately, delete the email from your computer and do not copy or disclose it to anyone else. Anything written in this email is not legal advice and does not constitute a legal opinion and cannot be relied on as such. This email is a confidential communication and you do not have authority to print or share the email with any other individual. I only represent individuals with whom I have established an attorney-client relationship through the signing of appropriate documentation establishing such a relationship.